FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2021

No. 04-19-00714-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County
Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN**, In His Official Capacities as County Judge; Mark Frerich, In His
Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County
Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward,
In His Official Capacity as County Commissioner; Kinney County Commissioners Court and
Kinney County,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant filed a reply brief on December 15, 2020. On December 29, 2020, Appellees
filed a motion for leave to file a sur-reply brief and the sur-reply brief. *See* TEX. R. APP. P. 38.3,
38.6(c).

Appellees' motion is GRANTED. Appellees' sur-reply brief is deemed timely filed.

It is so **ORDERED** January 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT